# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017 - 3 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. ARTURO MORALES | | |

**DOCKET ENTRY TEXT:**

Arraignment/status hearing reset for April 24, 2008 at 11:00 am.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|